BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
MAY 05 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEE YANG,<br><br>Defendant. | CASE NO. 2:15-MJ-086 CKD<br><br>ORDER UNSEALING REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT |

The government's application to unseal a redacted copy of the criminal complaint and underlying affidavit is HEREBY GRANTED as follows:

The case is unsealed with the exception of the original complaint and affidavit. The original complaint and its accompanying affidavit will remain sealed. The Clerk is directed to file a redacted copy of the complaint and affidavit on the public docket.

SO ORDERED.

Dated: May 5, 2015            By: _____
                                  HON. ALLISON CLAIRE
                                  United States Magistrate Judge

ORDER UNSEALING REDACTED CRIMINAL COMPLAINT
AND AFFIDAVIT

1