PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-115 TLN |
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | |
| LEE YANG, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Matthew M. Yelovich, and defendant Lee Yang, by and through his counsel David D. Fischer, respectfully request that the Court order defendant Lee Yang to pay restitution in the amount of $199,334.43, according to a schedule of recipients delivered to the Clerk of Court and Probation Office, for the following reasons:

1. The defendant pleaded guilty pursuant to a plea agreement. In that agreement, the defendant agreed to pay the full amount of restitution to all victims affected by his offense, which the parties then estimated to be approximately $186,000. See Plea Ag., ECF No. 61, 2–3. He agreed to be jointly and severally liable for that amount with his co-defendants. See id. at 3.

2. The Court sentenced the defendant on March 10, 2016, and ordered him to pay restitution jointly and severally with his co-defendants, with an exact amount and recipient information to be filed later by the parties. See ECF Nos. 84 (minutes from sentencing hearing); 85 (Judgment), 5–6.

3. Since the sentencing hearing, the parties have conferred regarding the proper restitution

1 amount in this case.  In addition, the government has continued to communicate with and receive
2 information from victims affected by this offense.  Pursuant to those discussions and continued victim
3 outreach, the parties hereby stipulate and agree that defendant Lee Yang shall be liable for restitution in
4 the amount of $199,334.43, and that any restitution owed to a victim is owed jointly and severally with
5 any co-defendant who has been ordered to pay restitution to the same victim.

6     4. Payment shall be made by cashier's check payable to the Clerk of the Court for the
7 Eastern District of California.  Per the plea agreement, the defendant shall not seek to discharge any
8 restitution obligation or any part of such obligation in any bankruptcy.  Pursuant to 18 U.S.C. § 3664(k),
9 the defendant also understands that he must notify the Court and the Attorney General of any material
10 change in his economic circumstances that might affect his ability to pay restitution.

11     5. The parties will separately provide to the Clerk of the Court and Probation Office an
12 itemized list of the amounts due to respective victims and the victims' addresses.

13     IT IS SO STIPULATED.

Dated:  May 18, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated:  May 18, 2016

/s/ DAVID D. FISCHER
DAVID D. FISCHER
Attorney for Lee Yang

STIPULATION AND ORDER REGARDING RESTITUTION    2

**ORDER**

The Court has reviewed the Stipulation of the parties seeking an order for defendant Lee Yang to pay restitution in the amount of $199,334.43.  Based on that stipulation, the plea agreement between the parties, and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663A, the Court finds good cause to enter an order holding Lee Yang liable for restitution in the amount of $199,334.43.  The defendant shall pay restitution in the amount of $199,334.43, and any restitution owed to a victim is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.  Per the terms of the plea agreement, the defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy.  Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

The parties are further ordered to provide the Clerk of the Court and the Probation Office within 7 days of this Order an itemized list of the victims, victims' addresses, and amounts owning to each victim.

**SO ORDERED.**

Dated: May 19, 2016

_____
Troy L. Nunley
United States District Judge