PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-115 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | |
| LEE YANG, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Matthew M. Yelovich, and defendant Lee Yang, by and through his counsel David D. Fischer, respectfully request that the Court amend its previous order of restitution entered May 19, 2016, and order defendant Lee Yang to pay restitution in the amount of $200,929.24, first to the victims listed in Attachment A-1, and second to the victims listed in Attachment A-2, for the following reasons:

1. The defendant pleaded guilty pursuant to a plea agreement. In that agreement, the defendant agreed to pay the full amount of restitution to all victims affected by his offense, which the parties then estimated to be approximately $186,000. See Plea Ag., ECF No. 61, 2–3. He agreed to be jointly and severally liable for that amount with his co-defendants. See id. at 3.

2. The Court sentenced the defendant on March 10, 2016, and ordered him to pay restitution jointly and severally with his co-defendants, with an exact amount and recipient information to be filed later by the parties. See ECF Nos. 84 (minutes from sentencing hearing); 85 (Judgment), 5–6.

3. On May 19, 2016, upon filing by the parties of a stipulation and proposed order, the Court ordered the defendant to pay restitution in the amount of $199,334.43, with any restitution owed to a victim to be owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim. See ECF No. 98. The parties were ordered to provide the Clerk of the Court and Probation Office, within seven days of the order, an itemized list of the victims, victims' addresses, and amounts owed to each victim. See id.

4. Since the entry of that order, the Clerk of the Court has requested that the parties revise the proposed itemized list to address certain usability and clerical concerns, namely, to provide more certainty and clarity in the itemized list so as to remove any risk of there being discretion on the Clerk's part in whom to send restitution and in what order.

5. Accordingly, the parties have conferred regarding a revised itemized list containing the proper restitution amount and victim payment order, consistent with 18 U.S.C. § 3664(j)(1). The government has also conferred with the Probation Office and Clerk of Court regarding the revised itemized list. In addition, the government has continued to communicate with and receive information from victims affected by this offense. Pursuant to those discussions and continued victim outreach, the parties hereby stipulate and agree to request that the Court amend its May 19, 2016 Order, see ECF No. 98, to instead order that defendant Lee Yang shall be liable for restitution in the amount of $200,929.24, and that any restitution owed to a victim is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.

6. Further, the parties will send to the Clerk of Court concurrently with the filing of this stipulation a two-part itemized list of the victims, victims' addresses, and amounts owed to each victim, titled Attachments A-1 (individual victims) and A-2 ("provider[s] of compensation" under 18 U.S.C. § 3664(j)(1)). The parties request that the Court order that restitution pursuant to this order shall be paid according to this itemized list, in the following sequence, in accordance with 18 U.S.C. § 3664(j)(1): no victim listed on Attachment A-2 shall be paid until all restitution owed to victims listed on Attachment A-1 has been paid.

7. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Per the plea agreement, the defendant shall not seek to discharge any

restitution obligation or any part of such obligation in any bankruptcy.  Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

IT IS SO STIPULATED.

Dated:  July 15, 2016	PHILLIP A. TALBERT
	Acting United States Attorney

	By:  /s/ MATTHEW M. YELOVICH
	MATTHEW M. YELOVICH
	Assistant United States Attorney

Dated:  July 15, 2016	/s/ DAVID D. FISCHER
	DAVID D. FISCHER
	Attorney for Lee Yang

STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION	3

**ORDER**

The Court has reviewed the stipulation of the parties seeking an order amending its May 19, 2016 Order and directing defendant Lee Yang to pay restitution in the amount of $200,929.24 to the victims listed in Attachments A-1 and A-2 in the sequence prescribed in the stipulation.  Based on that stipulation, the plea agreement between the parties, and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663A, the Court finds good cause to amend its previous order of restitution by hereby entering an order holding Lee Yang liable for restitution in the amount of $200,929.24.  The defendant shall pay restitution in the amount of $200,929.24, and any restitution owed to a victim is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim.  Restitution paid pursuant to this order shall be provided to the victims in the following sequence, in accordance with 18 U.S.C. § 3664(j)(1):  no victim listed on Attachment A-2 shall be paid until all restitution owed to victims listed on Attachment A-1 has been paid.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.  Per the terms of the plea agreement, the defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy.  Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

**SO ORDERED.**

Dated: July 19, 2016

_____
Troy L. Nunley
United States District Judge